LESLIE N. HARVEY (State Bar No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
Email:         lharvey@cov.com

Attorneys for Plaintiff
THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>E-RESPONSES.COM and STEVEN PRICE,<br><br>　　　　　　　Defendants. | Case No. 10-cv-02609-EMC<br><br>**CONSENT ORDER OF JUDGMENT** |

　　　　　WHEREAS, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against E-Responses.com and Steven Price (the "Defendants") in which it has alleged that Defendants have knowingly and willfully violated AAA's rights in its famous and distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and California state and common law, by displaying the AAA Marks on the unauthorized Vehicle Purchasing Service website of the local AAA member club the California State Automobile Association that Defendants hosted on their IP Address, and by registering and using the AAAMEMBERS.COM, AAAMEMBERS.ORG, and AAAMEMBERS.NET domain names (the "Infringing Domain Names");

1   WHEREAS, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1331, 1338, and 1367;

2   WHEREAS, AAA and Defendants have entered into a Settlement Agreement to resolve any and all controversies and disputes between them existing as of this date;

3   WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss its claims for damages, attorneys' fees, and costs;

4   WHEREAS, pursuant to that Settlement Agreement, Defendants have agreed and consented to entry by the Court of a permanent injunction restraining them from violating AAA's trademark rights; and

5   WHEREAS, Defendants waive all defenses or counterclaims which they might otherwise raise at a trial on the merits of AAA's demand for a temporary restraining order, preliminary injunction, permanent injunction, and/or damages.

NOW THEREFORE, Defendants consent and agree that this Court enter a judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does hereby, upon the consent of the parties, declare that a permanent injunction issue herein as follows:

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Defendants shall pay to Plaintiff the sum of Five Hundred Dollars upon entry of this Consent Judgment (the "Restitution Payment");

2. That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them;

3. That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby dismissed with prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Order; and

4.  That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

ENTERED this 27th day of October, 2010.



IT IS SO ORDERED

Judge Edward M. Chen

BY CONSENT OF PLAINTIFF:

*Leslie Harvey/sJF*

Leslie N. Harvey, Esq. (State Bar No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
lharvey@cov.com

*Attorney for Plaintiff*
*The American Automobile Association, Inc.*

Of Counsel:
Neil K. Roman, Esq.
Peter D. Saharko, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone:   (202) 662-6000
Facsimile:   (202) 662-6291
nroman@cov.com
psaharko@cov.com

BY CONSENT OF DEFENDANTS:

J. Paul Gignac, Esq. (State Bar No. 125676)
ARIAS OZZELLO & GIGNAC LLP
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
j.paul@aogllp.com

*Attorney for Defendants*
*E-Responses.com and Steven Price*

CONSENT ORDER OF JUDGMENT
10-cv-02609-EMC                                    4